**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                              Case No. 2:21-cr-00164-JM-01

DESMOND HARRIS                                                      DEFENDANT

<u>**ORDER**</u>

Court convened on Thursday, June 5, 2025, for a hearing on the government's motion to revoke the supervised release of defendant Desmond Harris.   Doc. No. 52.   Assistant United States Attorney John Ray White was present for the government.   The defendant appeared in person and with his attorney, Assistant Federal Public Defender Jawara Griffin.   United States Probation Officer Tyler Long was also present.

Following statements from counsel and the defendant, the Court determined that the motion would be held in abeyance for a period of six (6) months to allow the defendant the opportunity to demonstrate that he can comply with the conditions of supervision previously imposed.   The Court further found that Mr. Harris's conditions of supervision should be modified.

IT IS THEREFORE ORDERED that defendant Desmond Harris's conditions of supervised release are hereby modified to include the following:

- The defendant must participate in, and successfully complete, a residential substance abuse treatment program under the guidance and supervision of the probation office for a period of thirty (30) days.   The defendant shall report to Crowley's Ridge at 9:00a.m. on June 16, 2025, to begin treatment.

- The defendant must abstain from the use of alcohol during and throughout the remainder of his supervised release.

- The defendant must take all mental health medications as prescribed by his treating physician.

All other conditions of supervision remain in full force and effect as previously imposed.

IT IS SO ORDERED this 5th day of June, 2025.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE